

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA NORWOOD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. H-04-2018 |
| | § | |
| CALPINE CORPORATION, et al., | § | |
| | § | |
| Defendants, | § | |
| | § | |
| | § | |

## ORDER OF DISMISSAL

On December 20, 2005, Calpine Corporation and certain of its domestic affiliates, including Calpine Central, L.P., and Calpine Energy Services, L.P., filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

A petition filed under 11 U.S.C. §§ 301, et seq., operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding.  11 U.S.C. § 362(a)(1).

Accordingly, this action is **DISMISSED**.  Plaintiff may reinstate this action against the Defendants upon notice to this court of the discontinuance of the stay pursuant to 11 U.S.C. § 362(c)(2), provided such notice is filed within thirty days after the bankruptcy stay is discontinued.

SIGNED at Houston, Texas, this 15th day of March, 2006.

NANCY K. JOHNSON
U. S. MAGISTRATE JUDGE